HELEN JOHNSON, Respondent, v. GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.— Action by a pedestrian for personal injuries suffered as a result of being run down by an automobile driven by an employee of the defendant while engaged in an errand in furtherance of defendant's business or interests. Judgment in favor of the plaintiff unanimously affirmed, with costs. (*Wood* v. *Saunders*, 228 App. Div. 69, 71; leave to appeal denied by Court of Appeals March 25, 1930; companion case *Wood* v. *Saunders*, 228 App. Div. 705; affd., 255 N. Y. 594; *Davidson* v. *Gordich*, 235 App. Div. 849.) The cases relied on by appellant, where the master was held not to be liable for the act of his employee, are cases in which the negligent act occurred not only when the employee was not doing something in aid or furtherance of the master's business, but when in fact he was doing something that had been expressly forbidden by the master. In *Boettcher* v. *Best & Co., Inc.* (203 App. Div. 574), the helper, in doing an act to help a third party, was disobeying his master's instructions. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

THOMAS F. LEE, Respondent, v. HARRY T. HUNT and Another, Appellants. (Action No. 1.) Action for rescission of two contracts for the purchase and sale of real property. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

GERTRUDE LINTZ, Respondent, v. WILLIAM LINTZ, Appellant.— Order granting plaintiff's motion for alimony and counsel fee in an action for separation affirmed, without costs. The plaintiff is to proceed to trial on June 24, 1935, or as soon thereafter as the justice presiding shall direct. In the event that the trial is not had by reason of plaintiff's unwillingness to proceed, the right to alimony *pendente lite* shall cease. Lazansky, P. J., Young, Hagarty and Carswell, JJ., concur; Scudder, J., not voting.

BEILA LITTMAN, Respondent, Appellant, v. BROOKLYN BUS CORPORATION, Defendant, Respondent; DAVID STOLLER, Appellant, Respondent.— Action by plaintiff to recover damages for personal injuries sustained as the result of a collision between the automobile of defendant Stoller, in which she was riding, and the bus of the other defendant. On appeal by defendant Stoller, judgment in favor of plaintiff unanimously affirmed, with costs to plaintiff as against defendant Stoller. On appeal by plaintiff, judgment, in so far as it is in favor of defendant Brooklyn Bus Corporation, and order unanimously affirmed, with costs to that defendant as against plaintiff. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.